___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 23 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONROE SIMMONS,

Defendant.

NO. CR17-141 RSL

INFORMATION

The United States charges that:

## COUNT ONE
*(Escape from Custody)*

On or about April 21, 2017, in Seattle, within the Western District of Washington, the defendant, MONROE SIMMONS, did knowingly escape from custody at the Pioneer Fellowship House, a Residential Re-Entry Center located in Seattle, Washington, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for

//

//

INFORMATION / SIMMONS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Western District of Washington dated July 13, 2007, upon conviction of two felony counts of Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

All in violation of Title 18, United States Code, Section 751(a).

Dated this 23rd day of May, 2017.

_____
ANNETTE L. HAYES
United States Attorney

_____
SARAH Y. VOGEL
Assistant United States Attorney

_____
C. ANDREW COLASURDO
Assistant United States Attorney